Su señoría Jose A. Fustes.    1-03-05

La razón por la cual le dirijo esta carta es para dejarle saber mi disposición de llegar a un acuerdo con usted y con el Gobierno. Luego de un largo tiempo de reflexión y meditación (Gracias al Jesucristo) que me ilumino. Me he podido dar por entendido que el día que su señoría y el Gobierno me ofrecieron la ayuda si yo coperaba era lo mejor que me podían ofrecer. Su señoría hoy han pasado algunos años después de aquel día. Yo era un joven completamente ignorante (sin justificar nada) tenía mucho miedo, no sabía que hacer, no sabía a que me enfrentaba, indirectamente amenazado. Aunque creo en las oportunidades que nos da Dios para beneficio. Pues su señoría en todo este tiempo me prepare educacionalmente, termine mi grado de High School algunos otros cursos creo que veo la vida muy diferente a como la veía antes. Continuo estudiando Teología. Quiero que sepa que aquellas palabras que me dijo un día nunca las he podido olvidar. Yo sólo deceo que me tenga en cuenta, que me perdone por obstruirle su justicia Quizas por ignorancia creía que hacía bien. Quiciera con estas razones que me diera la oportunidad de ir delante de usted su señoría y juzgueme usted luego de explicarle todo lo que se de mi caso. Por favor creo que usted es un juez justo que hace lo que cree es la justicia de la tierra y de Dios, no deje de tener en cuenta mi persona.

Le pediría ir correctamente delante de usted con un Abogado, si es mucho pedir Permitame al Abogado Juan R.

Acevedo. Le hagradesco su atencion he intervecion, ahora deme la oportunidad de seguir mi futuro junto a los mas queridos mi familia. De mi Puño y Letra le escribe Nelson CARTAGENA merced