



To: Jose A. Fuste (Judge)
United States District Court
Room 150 Federal BLDG
San Juan, PR 00918-1767

Nelson Cartagena
Name
14834-069  G-2
Number        Unit
Low Security Correctional Institution
P.O. BOX 999
Butner, NC 27509-0999