UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

| | | |
|---|---|---|
| NELSON CARTAGENA-MERCED, | * | MOTION DESIGNATING REPRESENTATIVE |
| Petitioner, | * | TO RECEIVE MONEY BELONGING TO THE |
| | * | PETITIONER |
| -V- | * | |
| | * | 3:97-CR-110 (JAF) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

COMES NOW, Nelson Cartagena-Merced, the petitioner, and respectfully submits the following motion designating a representative to receive money belonging to him. The petitioner respectfully designates himself as the person whom the money should be forwarded to, and submits the following address where the money can be forwarded to;

1. ~~Nelson Cartagena-Merced~~
   ~~Reg. No-14834-069~~
   ~~L.S.C.I. Butner~~
   ~~P.O. Box 999~~
   ~~Butner, NC 27509~~

1. Federal Bureau of Prisons
   Nelson Cartagena-Merced
   Reg. NO - 14834-069
   Post Office Box 474701
   Des Moines, Iowa 50947-0001

The petitioner respectfully request that any check or money order that will be sent to him bear his prison register number next to his name or beneath it. The petitioner thanks all parties for the prompt resolution of this matter. Further your petitioner sayeth nought.

### CERTIFICATE OF SERVICE

I, Nelson Cartagena-Merced, duly affirms that I have served a copy of this motion upon counsel for the government at the address listed below, by submitting same in the legal mail mailbox here at L.S.C.I. Butner, on this 9th day of February 2006.

1. Office of the U.S. Attorney
   Torre Chardon
   350 Carlos Chardon Street
   San Juan, PR 00918

BY: /s/ Cartagena
Nelson Cartagena-Merced