```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:PRD_JAF@prd.uscourts.gov,angierojas@prtc.net,rafacastro@prtc.net,carmen.lasanta@usdoj.gov,castrolang@
Message-Id:<761991@prd.uscourts.gov>
Subject:Activity in Case 3:97-cr-00110-JAF USA v. Cartagena, et al "Order on Motion for Reconsideration"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mrj, entered on 2/1/2006 at 4:19 PM AST and filed on 2/1/2006
**Case Name:**       USA v. Cartagena, et al
**Case Number:**     3:97-cr-110
**Filer:**
**Document Number:** 541

**Docket Text:**
ORDER granting [538] Motion for Reconsideration as to Nelson Cartagena (2). Defendant to designate in writing the name and address of a representative authorized to receive the money belonging to defendant. Signed by Judge Jose A Fuste on 2/1/06. (mrj, )

The following document(s) are associated with this transaction:

**3:97-cr-110-2 Notice will be electronically mailed to:**

Rafael F. Castro-Lang    castrolang@centennialpr.net, angierojas@prtc.net; rafacastro@prtc.net

Luis R. Rivera-Rodriguez    lrriver@coqui.net

David W. Roman    roman@bandulaw.com, usdc@bandulaw.com

Jose A. Ruiz-Santiago    jose.ruiz3@usdoj.gov, carmen.lasanta@usdoj.gov

**3:97-cr-110-2 Notice will be delivered by other means to:**