IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**NELSON CARTAGENA-MERCED,**<br>Defendant. | **MISC. NO. 97-110 (JAF)** |

### NOTICE OF RETURN OF PROPERTY

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and very respectfully states, alleges, and prays as follows:

On February 15, 2006, this Honorable Court entered an order for the return of property of defendant Nelson Cartagena-Merced (Docket No. 543). The Government had previously informed this Honorable Court and defendant that it would return "$4,194 which were seized from defendant Nelson Cartagena-Merced's residence." Response by United States, dated February 1, 2006 (Docket No. 540). Upon further investigation, the undersigned has been informed that the correct amount of money to return is $2,500. This amount corresponds with the amount originally requested to be returned by defendant in his Motion for Return of Property, filed on December 8, 2005 (Docket No. 536)("[a] duffel bag containing approximately $2,500.00 (two thousand five hundred dollars) in U.S. funds was taken from the Petitioner's residence.")

On Friday, March 31, 2006, the FBI sent via Priority Mail to defendant's address of record three (3) money orders, totaling $2,490.55. The difference between this money and $2,500.00 was used to pay for the costs of the money orders ($1.00 for each $1,000 money order, plus $0.99 for a money order for $490.55) and for the priority mail shipping costs ($5.90).

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the abovementioned situation.

Criminal No. 97-110 (JAF)
Page 2

      RESPECTFULLY SUBMITTED.  In San Juan, Puerto Rico, this 3rd day of April, 2006.

      H. S. GARCIA
      United States Attorney


      s/José Ruiz-Santiago
      Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been sent via mail to defendant Nelson Cartagena-Merced, Reg. No. 14834-069, Granville-B, Low Security Correctional Institution, P.O. Box 999, Butner, NC 27509-0999.

      s/José Ruiz-Santiago
      Assistant U.S. Attorney